# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bade, Bridget S. | Ninth Circuit Court of Appeals | 4/29/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge - Active | ☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 612
Phoenix, Arizona 85003

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 (revocable trust) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bade, Bridget S.** | 4/29/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-Employed Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Institute of Judicial Administration | 07/15/19-07/19/19 | NYU School of Law | New Appellate Judges Seminar 2019 | NYU Law School facilities and faculty |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/29/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Association - Phoenix Chapter | 2019 FBA Service Award - Package of yoga classes | $200.00 |
| 2. | Federal Bar Association - Phoenix Chapter | 2019 FBA Service Award - Donation to Grow Haiti's Children, a 501(c)(3) organization | $500.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | (H) ACCOUNTS | | | | | | | | | |
| 2. | Arizona Central Credit Union | A | Int./Div. | L | T | | | | | |
| 3. | (H) ROTH IRA #1 - BAIRD | | | | | | | | | |
| 4. | ACSYX - Invesco Cocmstock Fund | | None | | | Sold | 03/25/19 | J | A | |
| 5. | MQLFX - MFS Limited Maturity Fund | A | Dividend | | | Sold | 03/25/19 | J | | |
| 6. | IVV - iShares Core S&P 500 ETF | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 7. | (H) ROTH IRA #2 - BAIRD | | | | | | | | | |
| 8. | NYVCX - Davis NY Venture Fund | | None | | | Sold | 03/25/19 | J | | |
| 9. | MQLFX - MFS Limited Maturity Fund | A | Dividend | | | Sold | 03/25/19 | J | | |
| 10. | IVV - iShares Core S&P 500 ETF | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 11. | (H) COVERDELL ESA - BAIRD | | | | | | | | | |
| 12. | NYVCX - Davis NY Venture Fund | | None | | | Sold | 03/25/19 | K | | |
| 13. | IVV - iShares Core S&P 500 ETF | A | Dividend | K | T | Buy | 04/02/19 | K | | |
| 14. | (H) ROLLOVER IRA #1 - BAIRD | | | | | | | | | |
| 15. | Baird Money Market | A | Interest | J | T | | | | | |
| 16. | C common stock (X) | A | Dividend | | | Sold | 03/25/19 | J | | |
| 17. | CI common stock | A | Dividend | | | Sold | 03/25/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bade, Bridget S.** | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   GE common stock | A | Dividend | | | Sold | 03/25/19 | J | | |
| 19.   HD common stock | A | Dividend | | | Sold | 03/25/19 | K | D | |
| 20.   MRK common stock | A | Dividend | | | Sold | 03/25/19 | J | C | |
| 21.   MSFT common stock | A | Dividend | | | Sold | 03/25/19 | K | E | |
| 22.   PG common stock | A | Dividend | | | Sold | 03/25/19 | J | C | |
| 23.   XEL common stock (2018 report had XCEL as ticker symbol) | A | Dividend | K | T | | | | | |
| 24.   IVV - iShares Core S&P 500 ETF | B | Dividend | L | T | Buy | 03/25/19 | L | | |
| 25.   (H) ROLLOVER IRA #2 - BAIRD | | | | | | | | | |
| 26.   Baird Money Market | A | Interest | J | T | | | | | |
| 27.   MO common stock | A | Dividend | | | Sold | 03/25/19 | J | D | |
| 28.   BAC common stock | A | Dividend | | | Sold | 03/25/19 | J | B | |
| 29.   C common stock | A | Dividend | | | Sold | 03/25/19 | J | | |
| 30.   CSCO common stock | A | Dividend | | | Sold | 03/25/19 | K | D | |
| 31.   COP common stock | A | Dividend | | | Sold | 03/25/19 | K | D | |
| 32.   GE common stock | A | Dividend | | | Sold | 03/25/19 | J | | |
| 33.   INTC common stock | A | Dividend | | | Sold | 03/25/19 | J | D | |
| 34.   JPM common stock | A | Dividend | | | Sold | 03/25/19 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JNJ common stock | A | Dividend | | | Sold | 03/25/19 | K | D | |
| 36. KHC common stock | A | Dividend | | | Sold | 03/25/19 | J | A | |
| 37. MRK common stock | A | Dividend | | | Sold | 03/25/19 | J | C | |
| 38. MSFT common stock | A | Dividend | | | Sold | 03/25/19 | J | D | |
| 39. MDLZ common stock | | None | | | Sold | 03/25/19 | J | C | |
| 40. PM common stock | A | Dividend | | | Sold | 03/25/19 | K | D | |
| 41. PFE common stock | A | Dividend | | | Sold | 03/25/19 | J | B | |
| 42. PSX common stock | A | Dividend | | | Sold | 03/25/19 | J | D | |
| 43. DBO - Invesco DB Multi Sector Commodity Trust Oil Fund | | None | | | Sold | 03/25/19 | J | | |
| 44. XEL common stock (2018 report had XCEL as ticker symbol) | A | Dividend | K | T | | | | | |
| 45. BSPAX - iShares S&P 500 Index Fund | A | Dividend | K | T | | | | | |
| 46. IVV - iShares Core S&P 500 ETF | C | Dividend | M | T | Buy | 03/25/19 | M | | |
| 47. (H) ROLLOVER IRA #3 - BEACON POINTE | | | | | | | | | |
| 48. FDIC Insured Deposit Account - Cash | A | Interest | J | T | | | | | |
| 49. IWB - iShares Russell 1000 ETF | B | Int./Div. | L | T | Buy (add'l) | 03/26/19 | K | | |
| 50. CHDVX - Cullen Value High Dividend Equity Fund | A | Int./Div. | | | Sold | 03/26/19 | K | C | |
| 51. SGIIX - First Eagle Global Fund | | None | | | Sold | 03/26/19 | K | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | SDRIX - Swan Defined Risk Fund | | None | | | Sold | 03/26/19 | K | C | |
| 53. | GE common stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 54. | GS common stock | A | Dividend | | | Sold | 03/26/19 | J | C | |
| 55. | BSIIX - BlackRock Strategic Income Opps Instl Fund | A | Int./Div. | | | Sold | 03/26/19 | K | | |
| 56. | HAVLX - Harbor Large Cap Value Fund | | None | | | Sold | 03/26/19 | K | | |
| 57. | SHY - iShares 1-3 Year Treasury Bond ETF | A | Int./Div. | L | T | Buy | 03/26/19 | L | | |
| 58. | IWF - iShares Russell 1000 Growth ETF | A | Int./Div. | L | T | Buy | 03/26/19 | L | | |
| 59. | (H) TRUST #1 - BEACON POINTE | | | | | | | | | |
| 60. | FDIC Insured Deposit Account - Cash | A | Interest | J | T | | | | | |
| 61. | SGIIX - First Eagle Global Fund | | None | | | Sold | 03/26/19 | K | B | |
| 62. | SDRIX - Swan Defined Risk Fund | | None | | | Sold | 03/26/19 | K | B | |
| 63. | DHSCX - Diamond Hill Small Cap Fund | | None | | | Sold | 03/26/19 | J | | |
| 64. | BAC common stock | A | Dividend | | | Sold | 03/26/19 | J | D | |
| 65. | HILVX - Harbor Large Cap Value Fund | | None | | | Sold | 03/26/19 | J | | |
| 66. | IEFA - iShares Core MSCI EAFE ETF | | None | | | Sold | 03/26/19 | K | B | |
| 67. | DVY - iShares Select Dividend ETF | A | Int./Div. | J | T | Buy | 06/07/19 | J | | |
| 68. | | | | | | Buy (add'l) | 09/03/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | IWF - iShares Russell 1000 Growth ETF | A | Int./Div. | K | T | Buy | 03/26/19 | K | | |
| 70. | IJR - iShares Core S&P Small Cap ETF | | None | L | T | Buy | 03/26/19 | L | | |
| 71. | | | | | | Buy (add'l) | 10/09/19 | J | | |
| 72. | (H) ROLLOVER IRA #4 - BEACON POINTE | | | | | | | | | |
| 73. | FDIC Insured Deposit Account - Cash | A | Interest | J | T | | | | | |
| 74. | GS common stock | A | Dividend | | | Sold | 03/26/19 | J | C | |
| 75. | DHSIX - Diamond Hill Small Cap Fund | | None | | | Sold | 03/26/19 | K | A | |
| 76. | BSIIX - BlackRock Strategic Income Opps Instl Fund | A | Int./Div. | | | Sold | 03/26/19 | L | E | |
| 77. | FPACX - FPA Crescent Fund | | None | | | Sold | 03/26/19 | J | B | |
| 78. | SDRIX - Lights Swan Defined Risk Fund | | None | | | Sold | 03/26/19 | K | B | |
| 79. | ODVYX - Oppenheimer Developing Markets Fund | | None | | | Sold | 03/26/19 | K | D | |
| 80. | CHDVX - Cullen High Dividend Equity Fund | A | Int./Div. | | | Sold | 03/26/19 | K | | |
| 81. | SGENX - First Eagle Global Fund | | None | | | Sold | 03/26/19 | J | | |
| 82. | DVY - iShares Select Dividend ETF | D | Int./Div. | N | T | Buy | 03/26/19 | M | | |
| 83. | SHY - iShares 1-3 Year Treasury Bond ETF | A | Int./Div. | K | T | Buy | 03/26/19 | K | | |
| 84. | | | | | | Buy (add'l) | 09/03/19 | J | | |
| 85. | IWB - iShares Russell 1000 ETF | C | Int./Div. | M | T | Buy | 03/26/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | (H) ROLLOVER IRA #5 - BEACON POINTE - SARATOGA (moved to Rollover #4) | | | | | | | | | |
| 87. | FDIC Insured Deposit Account | A | Interest | | | Closed | 03/26/19 | J | | |
| 88. | TISXX - Federated US Treasury Cash Reserves Fund | A | Interest | | | Redeemed | 03/26/19 | L | | |
| 89. | AAPL common stock | A | Dividend | | | Sold | 03/26/19 | J | D | |
| 90. | ACN common stock | | None | | | Sold | 03/26/19 | J | C | |
| 91. | BDX common stock | A | Dividend | | | Sold | 03/26/19 | J | C | |
| 92. | BRK B common stock | A | Dividend | | | Buy (add'l) | 03/08/19 | J | | |
| 93. | | | | | | Sold | 03/26/19 | J | C | |
| 94. | BIIB common stock | | None | | | Sold | 03/26/19 | J | A | |
| 95. | CHRW common stock | A | Dividend | | | Sold | 03/26/19 | J | B | |
| 96. | CTSH common stock | | None | | | Sold | 03/26/19 | J | B | |
| 97. | CSCO common stock | A | Dividend | | | Sold | 03/26/19 | J | C | |
| 98. | KO common stock | A | Dividend | | | Sold | 03/26/19 | J | B | |
| 99. | IBM common stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 100. | JNJ common stock | A | Dividend | | | Sold | 03/26/19 | J | C | |
| 101. | MDT common stock | A | Dividend | | | Sold | 03/26/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102. MSFT common stock | A | Dividend | | | Sold<br>(part) | 03/15/19 | J | C | |
| 103. | | | | | Sold | 03/26/19 | J | C | |
| 104. NKE common stock | A | Dividend | | | Sold | 03/26/19 | J | D | |
| 105. NVO common stock | A | Dividend | | | Sold | 03/26/19 | J | B | |
| 106. OMC common stock | A | Dividend | | | Sold | 01/09/19 | J | A | |
| 107. ORCL common stock | A | Dividend | | | Sold | 03/26/19 | J | C | |
| 108. PEP common stock | A | Dividend | | | Sold | 03/26/19 | J | B | |
| 109. PII common stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 110. PG common stock | A | Dividend | | | Sold | 03/26/19 | J | B | |
| 111. RBGLY common stock | | None | | | Sold | 03/26/19 | J | A | |
| 112. SBUX common stock | A | Dividend | | | Sold | 03/26/19 | J | B | |
| 113. UTX common stock | A | Dividend | | | Sold | 03/26/19 | J | B | |
| 114. VAR common stock | | None | | | Sold | 03/26/19 | J | C | |
| 115. WMT common stock | A | Dividend | | | Sold | 03/26/19 | J | C | |
| 116. DIS common stock | | None | | | Buy<br>(add'l) | 02/12/19 | J | | |
| 117. | | | | | Sold | 03/26/19 | J | A | |
| 118. (H) LIFE INSURANCE POLICIES | | | | | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 119. Northwestern Mutual Whole Life | A | Dividend | J | T | | | | | |
| 120. Northwestern Mutual Adjustable CompLife | A | Dividend | J | T | | | | | |
| 121. Northwestern Muutal Adjustable CompLife | A | Dividend | J | T | | | | | |
| 122. Northwestern Mutual Whole Life | A | Dividend | J | T | | | | | |
| 123. Northwestern Mutual 65 Life | A | Dividend | J | T | | | | | |
| 124. (H) OFFICE CONDO | | | | | | | | | |
| 125. TBM2 Investments LLC - office condo in Tempe, AZ | F | Rent | O | W | | | | | |
| 126. (H) TBM2 PROMISSORY NOTE | | | | | | | | | |
| 127. Promissory Note from TBM2 Investments LLC | D | Interest | N | T | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions. The judge is the co-trustee of a revocable trust for the benefit of the judge, ▇▇▇▇▇▇▇▇▇▇. The assets held in the name of the revocable trust are the judge's personal residence, the interests in TBM2 Investments LLC, and the account listed in Part VII, lines 59-71. The residence does not have to be reported in Part VII, and the assets of TBM2 Investments LLC are reported in Part VII, lines 124-25.

Part V. The Federal Bar Association made a contribution to a 501(c)(3) organization in the judge's name in connection with the presentation of the FBA's 2019 Service Award. All tax reporting of the contribution by the 501(c)(3) organization was directed to the FBA. The judge received no financial benefit from such gift.

Part VII. After confirmation, the judge liquidated holdings in most individual securities that could give rise to conflicts. Most investments are now in iShares ETFs.

Part VII. Office condo. The membership interests in TBM2 Investments LLC are owned equally by the judge ▇▇▇▇▇▇ through their revocable trust. The judge's ▇▇▇▇ is the manager of the LLC.

Part VII. TBM2 Promissory Note. The loan to TBM2 Investments LLC was made on March 31, 2014 in connection with the LLC's purchase of the office condo. TBM2 Investments LLC makes loan payments, consisting of principal and interest, to the judge ▇▇▇▇▇▇. As noted abouve, TBM2 Investments is owned equally by the judge ▇▇▇▇▇▇ through their revocable trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Bridget S. Bade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544